UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| JOSEPH ST. PIERRE REG. # 32181-034 | : | CIVIL ACTION NO. 2:19-cv-0228 |
|---|---|---|
| VERSUS | : | JUDGE JAMES |
| WARDEN MYERS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 6] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 25th day of April, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE